Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

|  |  |
|---|---|
| ABARCA, ARTURO<br>ABARCA, CRISTINA<br>ABARCA, DENISE<br>ABARCA, FERNANDO<br>ABARCA, PATRICIA<br>ABARCA, ROY<br>ABARCA, TERESA<br>ACKMAN, CATHRYN<br>A., J. (a minor)<br>ACKMAN, TONEY<br>ADAME-SANCHEZ, BARBARA<br>ANN<br>AGUILAR, ABRAHAM<br>AGUILAR, ANGELICA<br>ALAMO, JORGE<br>ALARCÓN, ALICIA<br>ALCANTARA, RYAN<br>A., A. (a minor)<br>A., G. (a minor)<br>A., R. (a minor)<br>ALLEN, STEVEN JR.<br>ALLEN, STEVEN SR.<br>A., A. (a minor)<br>A., E. (a minor) | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) NEGLIGENCE;**<br>**(2) NEGLIGENT FAILURE TO DISCLOSE;**<br>**(3) NUISANCE;**<br>**(4) TRESPASS;**<br>**(5) CONCEALMENT;**<br>**(6) WRONGFUL DEATH;**<br>**(7) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS;**<br>**(8) CIVIL CONSPIRACY**<br><br>**DEMAND FOR JURY TRIAL** |

```
ALTOM, GARY                          )
ALVAREZ, IRENE                       )
ALVAREZ, MARIA                       )
ALVAREZ, OSCAR                       )
A., O. II (a minor)                  )
ANDERSON, SHARON                     )
ARCEO, CHERYL                        )
ARCEO, ROY                           )
ARRIOLA DOHERTY, CRYSTAL             )
ARRIOLA, ROBERT                      )
ARRIOLA, TINA                        )
ASLETT, JENNIFER                     )
AUTRY, LAWRENCE                      )
AVILA, VALERIE                       )
AYALA, ADRIANNA                      )
AYALA, CARLOS                        )
AYALA, ELIZONDO                      )
AYALA, MARIA                         )
AYALA, OLIVIA                        )
AYALA, RAUL                          )
AYALA, RICARDO                       )
AZEVEDO, ELIAS                       )
AZEVEDO, TERRI                       )
BAC, ANGELICA                        )
BAKER, DAN                           )
BARIA, ANTONIO JR.                   )
BARIA, ASHLEY                        )
BARIA, BRITTANY                      )
BARIA, IRENE                         )
BARIA, JR., PHILIP                   )
BARIA, PHILIP                        )
BARIA, ROBERT                        )
BARNES, CHARLES                      )
BARNES, JOVANA                       )
BARRAGAN, ADAN                       )
BARRAGAN, ALEX                       )
BARRAGAN, ANNA                       )
BARRAGAN, DAVID                      )
B., J. (a minor)                     )
BARRAGAN, JUAN                       )
BARRAGAN, MARIA                      )
BARRAGAN, OMAR                       )
BARRAGAN, ROCIO                      )
BARRON, CASSIE                       )
BATAT, EREZ                          )
B., C. (a minor)                     )
B., Y. (a minor)                     )
B., A. (a minor)                     )
BERGER, DIANA                        )
BETTENCOURT, LORALEE                 )
BETTENCOURT, MANUEL III              )
BEUTEL, ALLYNE                       )
BEUTEL, CHRISTOPHER                  )
BEUTEL, JESSICA                      )
```

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

| | |
|---|---|
| 1 | BEUTEL, JUSTIN ) |
| 2 | BIANCHI, DIANNE ) |
| | BIANCHI, GEORGE ) |
| 3 | BISHOP, JANELLE ) |
| | BLACK, DENNIS ) |
| 4 | BLACK, ELISA ) |
| | BLACK, JIMMY LEE ) |
| 5 | BLACK, MEGAN ) |
| | BLAKEY, STACY ) |
| 6 | BLAKEY, VERNON JR. ) |
| | BLANKENSHIP, BRANDY ) |
| 7 | BLITCH, AROONRASAMEE ) |
| | BLITCH, JOHN ) |
| 8 | BOUN, BILLY ) |
| | BOUN, IRIS ) |
| 9 | BOUN, LESLIE ) |
| | BOUN, PANY ) |
| 10 | BOUN, TONY ) |
| | BOUNE, LORETTA ) |
| 11 | BOWDEN, REBECCA ) |
| | BOYD, BRYAN ) |
| 12 | BOYD, CLINTON ) |
| | BOYD, CLINTON JR. ) |
| 13 | BOYD, DESEREE ) |
| | BOYD, KIMBERLY ) |
| 14 | BOYD, PAUL ) |
| | BOYD, TERRY ) |
| 15 | BRASIL, CARLOS ) |
| | BRASIL, CHRISTOPHER ) |
| 16 | BRASIL, GARY ) |
| | BRASIL, MELINDA ) |
| 17 | BRIGGS, CINDY ) |
| | B., J. (a minor) ) |
| 18 | BRIGGS, JOSEPH ) |
| | BRIGGS, MELINDA ) |
| 19 | B., S. (a minor) ) |
| | BRIGGS, TAYLOR ) |
| 20 | BROCK, LAURA RACHELLE ) |
| | B., A. (a minor) ) |
| 21 | BRUMMELL (BIANCHI), SARAH ) |
| | B., S. (a minor) ) |
| 22 | BRUSHIA, MONICA ) |
| | BRYSON, LINDA ) |
| 23 | BURCHETT, JOHN ) |
| | BURCHETT, VERNA ) |
| 24 | BURK, CHRISTINE ) |
| | BURK, JOHN ) |
| 25 | BURK, MEGAN ) |
| | B., O. (a minor) ) |
| 26 | BYNUM, KRISTIN ) |
| | CADIENTE, ALAN ) |
| 27 | CAETANO, MIKE ) |
| | CALLAHAN, AUSTIN ) |
| 28 | CALLAHAN, JOHN ) |

CAMPOS, TEODORA )
CAPERS, EMMETT )
CAPERS, FRANK JR. )
CAPERS, FRANK SR. )
CAPERS, JARROD )
CAPERS, JESSIE )
CAPERS, JUSTIN )
CAPERS, LADONNA )
CAPERS, MALLORY )
CAPERS, RACHEL )
CAPERS, SHELBY )
CAPERS, SHILOH )
CAPERS, TRACY )
CAPERS, VETA )
CARDENAS, BARBARA )
CARDENAS, DESIRE )
CARDENAS, EDGAR JR. )
CARDENAS, EDGAR SR. )
CARDENAS, RENE )
CARDENAS, ROSA )
CARPENTER, ALISHA )
CARTER, ASHLEE )
CASTANEDA, CARLOS )
CASTANEDA, RENE )
CASTANEDA, ROY )
CASTANEDA, YESENIA )
CASTELLINO, BENEDICT )
CASTELLINO, COLETTE )
CASTLEBERRY, BRIAN )
CASTLEBERRY, RAYMOND )
CASTLEBERRY, SARA )
CASTLEBERRY, TIM )
CATES, BRYAN )
CATES, DONNA )
CAVAZOS, EDDIE )
CAVAZOS, EMILIO )
CAVAZOS, JOSE )
CAVAZOS, LIDIA )
CAVAZOS, MANUELA )
CAVAZOS, SANJUANITA )
CAVAZOS, THELMA )
CAVAZOS, THOMAS )
CAVAZOS, VERONICA )
CENTENO, CARMEN )
CENTENO, MIGUEL )
CERVANTES, CARLA )
CHAHAL, DAVINDAR )
CHAHAL, GURBACHAN )
CHAHAL, RAVINDAR )
CHAIREZ, GUADALUPE )
CHAIREZ, JOSE )
CHAIREZ, KARINA )
CHAIREZ, MICHAELA )
C., O. (a minor) )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

C., Z. (a minor) )
CHAMPLIN, JUSTIN )
C., T. (a minor) )
CHAPPELL, DIANE )
CHAPPELL, JASON )
C., A. (a minor) )
CHAVEZ, BENITO )
C., D. (a minor) )
CHAVEZ, DANIEL )
CHAVEZ, ELVA )
CHAVEZ, GILBERT )
CHAVEZ, HECTOR )
C., I. (a minor) )
CHAVEZ, PATRICIA )
JARAMILLO )
CHAVEZ, RAMON )
CHAVEZ, SALVADOR )
CHAVEZ, VICTOR )
CHAVEZ-GONZALES, LUCINA )
CHAVEZ-VARGAS, LUPE )
CHEEMA, AMER )
CHEEMA, AMTUL )
CIENFUEGOS, MARIA )
CLARK, BLANCA )
C., B. (a minor) )
C., I. (a minor) )
CLEVELAND, STEVEN )
CODD, JASON )
COHN, STEPHANIE )
COLEMAN, JODI )
COLON, LUZ ESPERANZA )
CONCEPCION, JEREMIAH )
COOK, DOROTHY )
COOK, GERALD JR. )
CORNELIUS, BRANDICE )
CORREA, ORLANDO )
CORREA, RAY )
CORREA, SANTIAGO )
CORTEZ, ANGEL )
CORTEZ, BASILIO )
C., I. (a minor) )
CORTEZ, JESSE )
CORTEZ, PATRICA )
C., Z. (a minor) )
CORTINAS, DOUGLAS )
CORTINAS, LARRY )
COSTA, DAVID )
COSTA, ROSE )
COWDEN, DEBBIE )
COWDEN, JASON )
COWDEN, RALPH )
CRAWFORD, CASSONDRA )
C., D. (a minor) )
CRAWFORD, SHAVELLA )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

CRESCI, MICHAEL )
CRUZ, HOLLY )
CUESTAS, ANGELA )
CUNHA, CURTICE )
CUNHA, DENISE )
CUNHA, TROY )
CUNNINGHAM, RON )
CURTICE, DONALD )
CURTICE, FRANCES )
CURTICE, JERADITH )
CURTICE, KEITH )
CURTICE, TIM )
CURTIS, CHARITY )
DANIELS, CHERYL )
DANIELS, MICHAEL )
DAUTRICH, DEBORAH SUE )
DAUTRICH, JAMES ALLEN JR. )
DAUTRICH-MATHEWSON, LOU )
ANN )
DAVIS, DAWN )
D., J. (a minor) )
DAVIS, JEROME )
DAVIS, SUSAN )
DAYTON, YINGYONG )
DE ANGELO, VINCENT )
DE LEON, ALBERT )
DE LEON, FELIPE )
DE LEON, LUIS )
DE LEON, MANUEL )
DE LEON, MATILDA )
DE LEON, OMAR )
DEAN, RYAN )
DELGADO, FRED )
DELGADO, THERESA )
DELTE, GRACE KATRINA )
DELTE, JANIE )
DELTE, PAUL )
DELTE, ROCKY )
DIAMOND, RICHARD )
D., L. JR. (a minor) )
DIAZ, LEONARDO SR. )
DOUTHIT, JACKIE )
DRISCOLL, COLTON )
DRISCOLL, MADISON )
DRISCOLL, MEGAN )
DRISCOLL, TARA )
DRISCOLL, THOMAS )
DUARTE, FLAVIO )
DUARTE, JOSE )
DUNHAM, CATHY )
DUNHAM, LATONYA )
DUNHAM,  RONALD JR. )
DUNHAM, RONALD SR. )
DUNHAM, SHAMISHA )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

DUNNING, BILL )
D., C. (a minor) )
DUNNING, SARA )
EASTON, PHILLIP )
EDDINGS, ANNA )
EDDINGS, JESSE JR. )
E-R., K. (a minor) )
EDDINGS-ROSS, LISA )
EDWARDS, JAMES )
EDWARDS, MEGAN RENEE )
EDWARDS, REBECCA )
ELSON, SUSAN )
E., A. (a minor) )
ELTAREB, BAHALWAN )
E., D. (a minor) )
ELTAREB, EMAN )
ELTAREB, FATHI )
ELTAREB, FATHIA )
ELTAREB, FAWAS )
ELTAREB, FAZIA )
E., G. (a minor) )
ELTAREB, GAMEELAH )
ELTAREB, HADEEIA )
ELTAREB, HOSAIN )
E., H. (a minor) )
E., H. (a minor) )
E., I. (a minor) )
ELTAREB, KAREMA )
ELTAREB, MATT )
E., M. (a minor) )
ELTAREB, MOHSEN )
ELTAREB, MUSA )
E., N. (a minor) )
ELTAREB, SABA )
ELTAREB, SITRA )
ELTAREB, TAHA )
ELTAREB, THAHER M. )
ELTAREB, YAHYA )
ELTAREB, ZANA (1941) )
ELTAREB, ZANA (1988) )
EMERICH, PAT )
EMERICH, TIM )
EMERICH, WILLIAM KIRK )
E., J. (a minor) )
ERNEST, WILLIAM )
ESPINO, LEO )
ESPINO, LYDIA )
ESPINOSA, LITICIA )
EWART, CHRISTINE )
F., M. (a minor) )
FARRELL, EARL )
FENTON, TINA )
FERNANDEZ, MANUEL )
F., R. (a minor) )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

7

FERNANDEZ, REYNA )
F., A. (a minor) )
FIELDS, FRANK )
FIELDS, HALEY )
FIELDS, JANICE )
FIELDS, RACHEL )
FIELDS, RANDY )
FIELDS, RYAN )
FIERRO, AGUSTINA )
FIERRO, ERNEST )
FIERRO, ROBERT )
FISSEL, JOHN CECIL )
FISTER, STACY )
F., A. (a minor) )
FLORES, CARMEN )
FLORES, CHANTE )
FLORES, GINGER )
F., I. (a minor) )
FLORES, MICHAEL )
FLORES, MICHAEL A. )
FLORES, MICHAEL E. )
FLORES, MICHAEL MERAZ )
FLORES, MIGUEL )
F., S. (a minor) )
FLOWERS, DEANNA )
FLOWERS, JENNIFER )
FLOWERS, MELISSA )
FLOWERS, STEVEN )
F., J. (a minor) )
FOLTZ, ASHLEY )
FOLTZ, WHITNEY )
FOWLER, AMBER )
FOWLER, BRUCE )
FOWLER, ERIKA )
FOWLER, GARRY J.A. )
FOWLER, JIMMY )
F., T. (a minor) )
FREEMAN , SCOTT )
FREGO, MELISSA )
FREITAS, ERIC )
FREITAS, RANDY )
FRENCH, KATHY )
FULMER, DREW )
FULMER, ERIC )
GALLARDO, REBECCA )
GALVAN, BRENDA )
GALVAN, CYNTHIA )
GALVAN, EDGAR )
GALVAN, JOSE )
GALVAN, MIRNA ROSALVA )
GARCIA, AGUSTIN )
G., A. (a minor) )
GARCIA, ESPERANZA )
G., S. (a minor) )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

8

GARCIA-PRADO, AGUSTIN                )
GARCIA-PRADO, IVAN                   )
GARZA, MIKE                          )
GARZA, MIKIE                         )
GARZA, MYRIE                         )
GARZA, YUIDICO                       )
GIETLER, JAMES                       )
GLEASON, AMBER                       )
GLORIA, DIANNA                       )
GLORIA, JOHN                         )
GODFREY, RODNEY                      )
GODFREY, TAMMY                       )
GOEBEL, CHRISTOPHER                  )
GOEBEL, MARAYAHA                     )
GOMEZ, ADRIANNA                      )
G., D. (a minor)                     )
GOMEZ, FATIMA                        )
G., F. E. (a minor)                  )
GOMEZ, GLORIA                        )
GOMEZ, LEO                           )
GOMEZ, MARJORIE                      )
GOMEZ, MELODY                        )
GOMEZ, ONOFRE SR.                    )
GOMEZ, ROBERT                        )
GONZALES, ANTHONY JR.                )
GONZALES, ANTHONY SR.                )
GONZALES, ASHLEY                     )
GONZALES, CARLOS                     )
GONZALES, CATHERINE                  )
GONZALES, CHRISTINA                  )
GONZALES, ELIZABETH                  )
GONZALES, GUADALUPE JR.              )
GONZALES, JASMINE                    )
GONZALES, JOSEPH                     )
GONZALES, JOSHUA                     )
GONZALES, JULE ANN                   )
GONZALES, LISA ANN                   )
GONZALES, MARIO                      )
G., N. (a minor)                     )
GONZALES, RICARDO                    )
GONZALES, RICKY                      )
GONZALES, RONALD JR.                 )
GONZALES, RONALD SR.                 )
GONZALES, ROXANNE                    )
GONZALES, SONIA                      )
GOODFELLOW, ERIC                     )
GOODFELLOW, KIM                      )
GOODFELLOW, RICK                     )
GOODFELLOW, SAMUEL                   )
GOODFELLOW, WHITTNEY                 )
GOODMAN, CHRISTINE                   )
GREENAWALT, GARRY                    )
GREGORY, NORMA                       )
GRIER, DANIELLE                      )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

9

GRISSOM, AIRIEN                              )
GRISSOM, STEPHANIE                           )
GUEVARA, SILVIA                              )
GURROLA, AMANDA                              )
GURROLA, HECTOR                              )
GUTFELD, HOLLY                               )
GUTHRIE, DON                                 )
GUTHRIE, LORENA                              )
GUTIERREZ, HUGO                              )
GUTIERREZ, ISAAC                             )
GUTIERREZ, JESUS                             )
GUTIERREZ, LESLIE                            )
GUTIERREZ, ROSA                              )
GUZMAN, JOSEFA                               )
GUZMAN, OLGA                                 )
GUZMAN, ROBERT JR.                           )
GUZMAN, ROBERT SR.                           )
GUZMAN, TERA                                 )
HALL, MICHAEL                                )
HAMILTON, CHRISTIE                           )
HAND, JACQUELIENE                            )
HANSON, KENNETH                              )
HANSON, MARY                                 )
HARRIS, TED                                  )
H.., B. (a minor)                            )
HARVEY, AMELIA                               )
H., A. (a minor)                             )
H., C. JR. (a minor)                         )
HARVEY, CARLO SR.                            )
H., C. JR. (a minor)                         )
HARVEY, CHRISTOPHER SR.                       )
HARVEY, JAMES J.                             )
H., M. (a minor)                             )
HARVEY, MICHELLE                             )
HARVEY, TRACY                                )
HARWELL, SUZANNE                             )
HAWKINS, LINDA                               )
HAYER, KATE                                  )
HAYER, RANDY                                 )
HAYES, LADONNA                               )
HAYWARD, KAREN                               )
HEFTY, SONDRA                                )
HEISLEY, RYAN                                )
HENSON, BRANDON                              )
HENSON, SABRINA                              )
HERNANDEZ, ANTHONY                           )
HERNANDEZ, ASHLEY                            )
HERNANDEZ, CINDY                             )
HERNANDEZ, JONATHAN                          )
HERNANDEZ, VIRGINIA                          )
HETRICH, DARLA                               )
HICKS, DANNY MICHAEL                         )
HICKS, DORA LEE                              )
H-R., F. (a minor)                          )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HICKS-ROEHRENBAECK, LORI )
H., A. (a minor) )
HIGAREDA, GERARDO )
H., M. (a minor) )
H., N. (a minor) )
HIGAREDA, ROSA )
H., A. (a minor) )
HIGGINS, ERIC )
HIGGINS, GAYLA )
HIGGINS, KIMBERLY )
HIGGINS, SABRINA )
HIGHT, ANTHONY )
H., A. (a minor) )
HILDRED, MISTY )
H., J. (a minor) )
HIROTA, MATTHEW )
HIROTA, RACHEL )
HOATSON, JEFFERY )
HOATSON, STEPHANIE )
HODGDON, DAN )
HODGDON, JARED )
HODGDON, LISA )
HOFFMAN, DEREK )
HOFFMAN, ELISSA MARIE )
HOFFMAN, JOSEPH )
HOFFMAN, KRISTINE )
HOFFMAN, RANDY )
HOFFMAN, TERI )
HOLLAND, RAMONA )
HOLLAND, STEVE )
HOLLAND, VINCENT )
HOLT, KARIE )
HOPKINS, DAYNA )
HORTON, ESTHER )
HORTON, JERRY )
HOWELL, JUMNONG )
HOWELL, APRIL DAWN )
HUGHES, DORIS )
HUMPHREY, SANDRA )
HVASS (BIANCHI), MELISSA )
I., F. A. D. (a minor) )
I., M. (a minor) )
INOCENCIO, RICHARD )
INOCENCIO, SALENA )
I., S. (a minor) )
JACOBO, ALBERT )
JACOBO, CYNTHIA )
JARAMILLO , MARIA LULU )
JARAMILLO , SONIA )
JARAMILLO, MARIA )
JARAMILLO, XAIRO )
JENKINS, CASSANDRA )
JENKINS, JEREMY )
JENKINS, JOHN )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

JENKINS, MILLARD )
JENKINS, ROSEMARY )
JENSEN, KAMIE )
J., E. (a minor) )
JIMENEZ, EVA )
JIMENEZ, MICHAEL )
J., N. (a minor) )
JIMENEZ, NATALYA )
JIMENEZ, ROSEMARY )
JIMENEZ, VICTORIA )
JOHNSON, PAUL K. )
JOHNSON, PAULA )
JOHNSTON, CLYDE K.M. )
JONES, ANNE )
JONES, ASHLEY )
J., D. (a minor) )
JONES, SHANNON )
JOOS, PEGGY )
KENDALL, MARCIA )
KIRBY, AMBER )
KIRBY, JESSICA )
KIRBY, TAMI )
KRUMMEN, BRAD )
KRUMMEN, DERRICK )
KRUMMEN, RALPH J. JR. )
KRUMMEN, SHELLEY )
LANDERS, MARY )
L,. J. (a minor) )
L., N. (a minor) )
LANE, ROBERT )
LANE, VICTORIA NAWROCKI )
LANGDON, BRUCE )
LANGDON, DONNA )
LANUM, CHRISTIAN )
LAY, KAREN )
LAYTON, PATRICIA )
L., A. (a minor) )
LEE, BRENDA )
LEE, CHASITY )
LEE, SARAH )
L., A. (a minor) )
LEONARDO, RICHARD )
L,. S. (a minor) )
LEWIS, STEVEN )
LIGHT, LEMAN )
LINDSAY, PHYLLIS )
LISSY, NICHOLAS )
LIVERMORE, CHARLIE )
LOCKEN, DYLAN )
LOFTIN, ALTON )
LOFTIN, VICK JR. )
LOFTIN, VICK SR. )
L., A. JR. (a minor) )
LOMELI, ANDREW SR. )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

LOMELI, JAVIER )
LONG, DAVID JR. )
L., K. (a minor) )
LONG, KERRY )
LOPEZ, ARMONDO )
LOPEZ-CALDERON, ELIZABETH )
LOVETT, CHERYL )
LUCAS, FRANK )
LUMLEY, DAWNYEL )
LUMLEY, DONALD )
LUMLEY, GREGORY )
LUMLEY, JARED )
LUMLEY, MANUEL )
LUMLEY, MICHAEL )
LUMLEY, MICHAEL J. )
LUMLEY, SUSAN )
L., C. (a minor) )
L., G. (a minor) )
LUND, JOHN )
L., N. (a minor) )
L., S. (a minor) )
LUND, TAMMIE )
L., W. (a minor) )
MACHADO, TAMMIE )
MADDOCK, DEANNA )
MAGNANI, CHRISTOPHER )
M., A. (a minor) )
MAGSALAY, ARTHUR )
MAGSALAY, CHRISTINE )
MAGSALAY, DIANA )
MAGSALAY, JOE )
MAIER, DEBRA )
MALDONADO, GUADALUPE )
M., D. (a minor) )
MANZO, JENNIFER )
MARTIN, CURTIS )
MARTIN, JUSTIN )
MARTIN, TIM )
MARTIN, TONYA )
MARTINEZ, CYNTHIA )
MARTINEZ, JUAN )
MARTINEZ, MARCELA )
MARTINEZ, NEREYDA )
MARTINEZ, RICHARD JR. )
MARTINEZ, RICHARD SR. )
M., S. (a minor) )
MAST, DANIEL )
MATTOS, TERESA )
MCDONALD, DANIEL TRAVIS )
MCDONALD, SHARON )
M., T. (a minor) )
MCDONALD, TAMARA )
M., T. (a minor) )
MCDONALD, TED )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

M., T. (a minor)                          )
M., T. (a minor)                          )
MCGLOTHIN, DENISE                )
MCGLOTHIN, TIMOTHY              )
MCINTIRE, CLIFFTON                )
MCINTIRE, MELISSA                  )
MCKAY, JACOB                          )
M., J. (a minor)                           )
MCKAY, JOHN                            )
MCKAY, JOHN III                       )
MCKAY, JOSHUA                        )
MCKENNA, BREENA                   )
M., J. (a minor)                           )
MCMAHON, JASON                     )
MCRAY, CHRISTIAN                  )
M., H. (a minor)                          )
MCRAY, IYSHA                          )
MCRAY, JAMES                          )
M., M. (a minor)                         )
M., S. (a minor)                          )
MEANS, MARY ANN                   )
MEJIA, DIANE                            )
MEJIA, ISIDRO DEJESUS            )
MEJIA, VERONICA                     )
MELLO, BROOKE                        )
MENDOZA, ANTONIA                 )
MENDOZA, FRANCISCO            )
M., J. JR. (a minor)                     )
MENDOZA, JAVIER SR.             )
MENDOZA, LAURA                    )
MENDOZA, MARTHA                 )
M., N. (a minor)                         )
MEZA, ERNESTO JR.                  )
MITTEN, FERN                          )
MITTEN, KENNETH                   )
MITTENESS, JOHN                     )
MOGLIOTTI, ALAN                    )
MOHAMED, ABLAH                   )
MOHAMED, AHMED                  )
MOHAMED, ALI                         )
MOHAMED, ETLAS                    )
MOHAMED, GAMELAH              )
MOHAMED, NAGI                      )
MOHAMED, SADAH                   )
M., A. (a minor)                         )
M., E. (a minor)                         )
MONROY, JORGE                       )
MONROY, KRISTY                     )
M., D. (a minor)                         )
MONTGOMERY, JAMES             )
MORRIS, MARIA                        )
MOSLEH, AREF                         )
MOSS, ALBERT                          )
MUMLER, HELEN                       )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

14

MUMLER, PHILIP )
MURILLO, BRANDON GOMEZ )
MURILLO, ONOFRE GOMEZ JR. )
MURRIETA, CARMELA )
MURRY, MATTHEW )
MURRY, MICHAEL )
M., L. (a minor) )
M., M. (a minor) )
M., N. (a minor) )
M., S. (a minor) )
MYERS, JUSTIN )
MYERS, MARY )
NANCE, BERYL )
NANCE, LARRY )
NASH, CIARA )
NASH, CRAIG )
NASH, CRAIG II )
N., S. (a minor) )
NASH, TABITHA )
NAVA, AMANDA )
NAVA, MARIA )
NAVA, MIRNA )
NICHOLS, CAROL )
NICHOLS, JEFFERY )
NICHOLS, KENNETH )
NOAKES, GERALDINE )
NUNEZ, JUANA )
OBERG, SHAWN )
OLSON, TODD )
ONSUREZ, ABRIEL )
ONSUREZ, ALBERTO )
ONSUREZ, ALBERTO MOISES )
ONSUREZ, JOVAN )
ONSUREZ, JUDAH )
ONSUREZ, LIONEL )
ONSUREZ, ORALIA )
O., D. (a minor) )
O., E. (a minor) )
OROZCO-AGUILERA, JOSEFINA )
ORTEGA, ANNA (1947) )
ORTEGA, ANNA (1976) )
ORTEGA, JUDITH )
ORTEGA, MIGUEL JR. )
ORTEGA, MIGUEL SR. )
O., J. (a minor) )
O., J. (a minor) )
O., A. (a minor) )
OSBORNE, ARNOLD )
OVERLY, LOIS )
OVERLY, MELODY )
PACHECO, TAYLOR )
PADILLA, ROSA )
PALMER, DEBORAH )
PALMERIN, JUANITA )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | |

PALMERIN, JUANITA J.                    )
PALMERIN, LIDUVINA                      )
PALMERIN, PATRICIA                      )
PENNER, DEBRA                           )
PENNER, ROGER                           )
PENROD, ALVIN                           )
P., A. (a minor)                        )
PEREZ, DENNIS                           )
PEREZ, LARRY                            )
P., M. (a minor)                        )
PERRY, ELIZABETH                        )
PETERS, REGINA                          )
PHOMMASAENG, BOUNYANG                    )
PHOMMASAENG, KHUANG                      )
PHOMMASAENG, THOMAS                      )
POOL, RICHARD CASEY                      )
QUEEN, KENNETH                          )
QUEEN, LARRY                            )
RASMUSSEN, BOBBY                        )
RASMUSSEN, CALEB                        )
RASMUSSEN, CIERRA                       )
REID, TOMMY                             )
REYES, CHRISTINA                        )
R.-S., K. (a minor)                     )
RISNER, BOBBY                           )
RISNER, GLORIA                          )
RIVARD, JACOB                           )
RIVARD, JOHN                            )
RIVARD, JOSHUA                          )
RIVARD, JULIE                           )
ROACH, SHAVON                           )
ROBERTSON, CLAYTON                      )
R., M. (a minor)                        )
ROCHETTE, NICHOLE                       )
RODRIGUEZ, ANTHONY                      )
RODRIGUEZ, CINDY                        )
RODRIGUEZ, ESTHER                       )
R., G. (a minor)                        )
RODRIGUEZ, GLORIA                       )
RODRIGUEZ, JOSEPHINE                    )
RODRIGUEZ, JOVITA                       )
RODRIGUEZ, JUANITA S.                   )
RODRIGUEZ, LOUIE                        )
RODRIGUEZ, MARTIN G.                    )
RODRIGUEZ, MARTIN L.                    )
RODRIGUEZ, RICHARD JR.                  )
RODRIGUEZ, RICHARD SR.                  )
RODRIGUEZ, ROGELIO JR.                  )
RODRIGUEZ, ROGELIO SR.                  )
RODRIGUEZ, ROSEMARIE                    )
RODRIGUEZ, RYAN                         )
RODRIGUEZ, VICKY                        )
ROGGE, AUSTIN                           )
ROGGE, BREANNE                          )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

| | |
|---|---|
| 1 | ROJAS, ANA ) |
| 2 | ROJAS, ANA MARIA ) |
| | ROJAS, BRIAN ) |
| 3 | ROJAS, JOSE ) |
| | ROJAS, MICHELLE ) |
| 4 | R., K. JR. (a minor) ) |
| | ROSS, KENDALL SR. ) |
| 5 | RUIZ, ARTHUR ) |
| | RUIZ, CRYSTAL ) |
| 6 | RUIZ, REBECCA ) |
| | SABOL, PAULETTE ) |
| 7 | S., A. (a minor) ) |
| | SAEPHANH-SAVOIE, MOUANG ) |
| 8 | SAETEURN, CHENG LIN ) |
| | SAGMILLER, CINDY ) |
| 9 | SAGMILLER, TOM ) |
| | S., A. (a minor) ) |
| 10 | SAIZ, MARK ) |
| | SALAS, AIDDA ) |
| 11 | S., C. JR. (a minor) ) |
| | S., B. (a minor) ) |
| 12 | S., I. (a minor) ) |
| | SALDANA, ESMERELDA ) |
| 13 | SALDANA, ESTELLA ) |
| | SALDANA, GUADALUPE ) |
| 14 | S., N. (a minor) ) |
| | SALDIVAR, GUILLERMO ) |
| 15 | SALDIVAR, GUILLERMO A. ) |
| | S., J. (a minor) ) |
| 16 | SALDIVAR, NATASHA ) |
| | SALDOVAR, RONALD ) |
| 17 | S., B. (a minor) ) |
| | SALYERS, JEREMY ) |
| 18 | S., L. (a minor) ) |
| | SALYERS, MANDY ) |
| 19 | S., T. (a minor) ) |
| | SAMUELSON, ERIC J. II ) |
| 20 | SAMUELSON, GENEVA ) |
| | SANCHEZ, ANTHONY ) |
| 21 | SANCHEZ, BEN ) |
| | SANCHEZ, BRIANNA ) |
| 22 | SANCHEZ, DANIEL ) |
| | SANCHEZ, ERIC ) |
| 23 | SANCHEZ, GUSTAVO ) |
| | SANCHEZ, ISABEL ) |
| 24 | SANCHEZ, ISABEL D. ) |
| | SANCHEZ, JENNIFER ) |
| 25 | SANCHEZ, JESUS ) |
| | SANCHEZ, JOSE ) |
| 26 | SANCHEZ, JOSEPH ) |
| | SANCHEZ, LAZARO ) |
| 27 | SANCHEZ, MARIA ELSA ) |
| | SANCHEZ, MELANIE ) |
| 28 | SANCHEZ, RAYMOND ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SANCHEZ, SERGIO JR.                    )
SANCHEZ, SERGIO SR.                    )
SANCHEZ, SHIRLEY                       )
SANCHEZ, SONIA                         )
SANCHEZ, SUSAN                         )
SANCHEZ, TIMOTHY                       )
SANDERS, DUSTIN                        )
SANTOS, ANTHONY                        )
SARABIA, ADELENE                       )
SARABIA, EDUARDO                       )
SARABIA, FELIPE                        )
S., J. (a minor)                       )
SARABIA, MARIA                         )
SAVOIE, HIROKI                         )
S., S. (a minor)                       )
SCHINDLER, AUTUMN                      )
SCHINDLER, NATHAN                      )
S.-W., J. (a minor)                    )
SCHLESSINGER, ANTHONY                  )
SCOGGINS, DOMOSSIE                     )
SCOTTING, MATTHEW                      )
SCOTTING ,SHERRAL                      )
SEBASTIAO, AURA                        )
S., D. JR. (a minor)                   )
SEBASTIAO, DAVID SR.                   )
S., D. (a minor)                       )
SEBASTIAO, JOSE                        )
SEBASTIAO, KRYSTAL                     )
SEBASTIAO, LIZ                         )
SEBASTIAO, STEVEN                      )
SEGOVIA, GUILLERMO                     )
SHAFER, ROSEMARY                       )
SHAHROK, JASMINE                       )
SHAHROK, RACINE                        )
SHARP, ADRIA                           )
S., M. (a minor)                       )
SHEHORN, CARMEN                        )
SHEHORN, CHARLES                       )
SHEHORN, JOHN                          )
SHEHORN, KATHRYN                       )
S., K. (a minor)                       )
SHERMAN, ANTHONY                       )
S., A. (a minor)                       )
SHERMAN, THERESA                       )
S., A. (a minor)                       )
S., A. (a minor)                       )
SILVA, ANNA                            )
S., J. (a minor)                       )
SILVA,  JESUS SR.                      )
SILVA, KENDRA                          )
SIMMONS, MARK                          )
S., R. (a minor)                       )
SIMMONS, RICHARD                       )
S., T. (a minor)                       )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

18

```
SMILEY, CHASTITY              )
SMILEY, LARRY JR.            )
SMITH, DEREK                  )
SMITH, MICHAEL C.            )
SMYTH, DELORES RENEE         )
SMYTH, RAYMOND               )
SNYDER, CHRISTINE            )
SOLIS, ANGELINA              )
SOLIS, GEORGE                )
SOLIS, JOSIE                 )
SOLIS, MARCOS                )
SOLIS, MONICA                )
SONG, REBECCA                )
SONG, SHUWU                  )
SOUTHERLAND, GARY            )
SPARKS, DIANNE               )
SPEAR, JON BRADLEY           )
SPEAR, ROBERT                )
SPRAGUE, DUSTIN              )
S., N. (a minor)             )
SPRAGUE, ROBIN               )
SPRAGUE, SCOTT LEE           )
SPRAGUE, TERRY               )
SPRATLING, IVY               )
S., A. (a minor)             )
STANGER, JAMES               )
STANGER, JANIS               )
STANGER, PAUL                )
STANKO, ROBERT               )
STOUT, KATHERINE             )
STRAUSS, HEIDI               )
STRICKLAND, DAINA            )
STRICKLAND, JOSHUA           )
STRICKLAND, TIFFANY          )
STRUCK, TONI                 )
TAYLOR, JENNIFER             )
TEIXEIRA, JASON              )
THAO, DENG                   )
T., J. (a minor)             )
T., K. (a minor)             )
T., K. (a minor)             )
THAO, KOU                    )
THAO, MAIYEE                 )
THAO, PANGDAO                )
THAO, SONG                   )
THAO, SUE                    )
THAYER, GEORGE               )
THAYER, JAYME (NOBI)         )
TORRES, JOSE                 )
TRUJILLO, ERLINDA            )
TRUJILLO, MICHAEL            )
TUCKER, MICHELLE             )
TURNER, ADRIAN               )
TURNER, JASMINE              )
```

TURNER, LESTER II )
TURNER, SABRINA )
TURNER, SHERRY )
URANGA, ANNETTE )
URANGA, CRUZ )
URANGA, MICHAEL )
URANGA, MICKAELA )
U., A. (a minor) )
UVALLE, LILIANA )
UVALLE, RAMONA )
UVALLE, SALVADOR JR. )
UVALLE, SALVADOR SR. )
VALDEZ-ADAME, FELICIA )
VALENCIA, CARLOS )
VALLIER, LINDA )
VARGAS, FAIREN )
VARNEY, DEBORA )
VARNEY, DONALD JR. )
VARNEY, DONALD SR. )
VARNEY, MELISSA )
VARTABEDIAN, ASHLEY )
VARTABEDIAN, DANIEL )
V., N. (a minor) )
V., G. (a minor) )
VELIZ, JESUS )
V., J. (a minor) )
V., J. (a minor) )
VELIZ, MARIA )
VIRREY, ELIZABETH )
VIRREY, ISABEL )
VIRREY, LUCIO )
VIZCARRA, LAMBERTO )
VIZCARRA, MARIA )
WALSH, JOHN )
WANDICK, NATHAN )
W., E. (a minor) )
WARD, ERIC )
W., K. (a minor) )
W., O. (a minor) )
WARDEN, JASON )
WARREN, BETTY )
WARREN, SHANNON )
WATLAND, DAVID )
WATLAND, EDWARD )
WATLAND, JENNIFER )
WATTS, CLIFTON )
WEGNER, JENNIFER J. )
WEGNER, LINDA )
WEGNER, MIKEL )
WEGNER, NOEL )
W., A. (a minor) )
W., C. (a minor) )
WEIGHTMAN, MICHAEL )
WEIGHTMAN, SABRINA )

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

WHITAKER, CHARLES )
WHITAKER, JOANNE )
WHITAKER, MARK )
WHITE, JACLYN )
WIES, ADAM )
WILLIAMS, CAROL )
WILLIAMS, ELIJAH BRYANT )
WIMER, EMMANUEL )
WIMER, SANDRA )
WINDER, CANDICE )
WINDER, CORRINE )
WINDER, KATRINA )
WINDER, THOMAS )
WINDER, TRUDY )
WOHLTMAN, DEBORAH )
WOHLTMAN, WILLIAM )
WOMACK, FRANCIS EDDIE )
WOMACK, LEON )
WOMACK, MARTHA )
WOMACK, MICHAEL )
WOMACK, MICKIE )
WOMACK, ROBERT E. )
WOMACK, ROBERT L. )
WRIGHT, RODNEY )
XIONG, KEOTA )
XIONG, PA )
YAPIT, CATRINA )
Y., F. III (a minor) )
YAPIT, FELIPE JR. )
YAPIT, IRENE )
ZARATE, CRYSTAL )
Z., H. (a minor) )
ZENDEJAS, VIRGINIA, )

     Plaintiffs, )

       v. )

MERCK & CO., INC., )
AMSTED INDUSTRIES, INC., )
BALTIMORE AIRCOIL )
COMPANY, INC., )

     Defendants. )
                     )

///

///

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INTRODUCTION**

Plaintiffs, as and for their complaint against Defendants Merck & Co., Inc., Amsted Industries, Inc., and Baltimore Aircoil Company, Inc., allege as follows:

**JURISDICTION**

1.    Subject matter jurisdiction is conferred upon this Court by 28 USC § 1332 (a) which provides in pertinent part "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $ 75,000, exclusive of interest and costs, and is between- Citizens of different states."

2.    This court has jurisdiction of the subject matter of this action because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

**VENUE**

3.    Pursuant to 28 U.S.C. § 1391(b), venue lies in the Eastern District as a substantial part of the events or omissions giving rise to this action occurred in the Eastern District and a substantial part of property that is the subject of this action is situated in the Eastern District.

4.    However, this case is a related case to *Abarca v. Merck, et. al*, 1:07-CV-0388- DOC-SAB which was originally venued in the Eastern District but which was transferred to the Central District of California pursuant to an Order issued by the Ninth District Court of Appeal.  Both this instant case and the *Abarca* case arise from the same facts and circumstances and involve overlapping questions of fact and law. It is believed that the same result will follow in both actions and that assignment of both cases to the Hon. David O. Carter is likely to effect a substantial savings of judicial resources.   As such, venue is proper in this Court.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

5.    Defendant MERCK & CO., INC. ("MERCK") is a New Jersey corporation with its corporate headquarters and principal place of business in Whitehouse Station, New Jersey.

6.      Defendant AMSTED INDUSTRIES, INC. ("AMSTED") is a Delaware corporation with its corporate headquarters and principal place of business in Chicago, Illinois.

7.      Defendant BALTIMORE AIRCOIL CO., INC. ("BAC") is a Delaware corporation with its corporate headquarters and principal place of business in Jessup, Maryland.

8.      Unless specifically identified, the term "Defendants" as used throughout this complaint, will refer to each and every defendant identified above.

9.      Some of the Plaintiffs in this action are minors for whom a Guardian ad litem has been appointed.  Any order appointing Guardian ad Litems will be deemed incorporated within this complaint, so as to constitute an amendment of the complaint without the need for a subsequent filing of an amended pleading.

## NATURE OF THE CASE

10.     The 40.5-acre former Baltimore Aircoil Company (BAC) facility is located at 3058 Beachwood Drive, two miles northwest of Merced.  The former BAC facility was used from 1969 to 1994 for cooling tower fabrication.  In 1969, a pressure wood treatment system was installed at the facility that used treatment solutions containing arsenic, copper, and chromium.  During the operations of the wood treatment system, waste treatment solution was discharged to soils and groundwater at the facility, creating a condition of pollution or nuisance.

11.     In 1975, BAC, then a subsidiary of Merck & Co., Inc., ("Merck"), purchased the cooling tower fabrication operation.  Merck sold BAC to Amsted Industries, Inc. ("Amsted"), in 1985.  Amsted ceased cooling tower manufacturing operations and closed the facility in February 1994.

12.     Chromium is the primary constituent of concern at the facility.  A chromium groundwater plume currently extends in groundwater from the facility to about 800 feet to the southwest, and to about a 1,000 feet to the northwest.  Total

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

chromium concentrations are highest in the onsite well MW-8, with recent detections as high as 9,800 micrograms per liter (ug/l).

## FIRST CAUSE OF ACTION

### NEGLIGENCE

13.     Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 12 as set forth above.

14.     Defendants, and each of them, through their employees, agents and contractors, whose identities are presently unknown, failed to exercise due care with regard to their ownership of the site and/or activities conducted on the site by these companies which have contributed to the discharge of pollutants into waters in and around Plaintiffs' property and to the past or present handling, storage, treatment, transportation, or disposal of hazardous waste which has presented an imminent or substantial endangerment to plaintiffs' health and the environment surrounding plaintiffs' real property.

15.     Upon information and belief, such contamination and pollutant migration has been occurring on an ongoing basis since at least the 1960s but the Plaintiffs were ignorant of such contamination, pollution, and/or the imminent threat of such contamination or pollution until their receipt of the "Fact Sheet, February 2007" issued by the California Regional Water Quality Board, mailed to the Plaintiffs in or about February 2007.

16.     Not only were Plaintiffs ignorant of contamination and pollution emanating from the BAC facility into their neighborhood, Plaintiffs were ignorant of any possible health threat to themselves or their families as a result of the contamination.  Plaintiffs' ignorance as to the nature and extent of contamination as well as the possible health risks from such contamination, was a direct result of the concealment and misrepresentations by Defendants related to the fact that the contamination had migrated offsite, including into the Beachwood neighborhood and regarding any possible health risks associated with exposure to the contaminants

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

emanating from the BAC facility. Accordingly, Plaintiffs neither knew nor reasonably should have known, both the existence and cause of their physical injuries herein alleged, including but not limited to: cancer, pulmonary conditions and diseases, respiratory conditions and diseases, dermatological conditions and diseases, neurological conditions and diseases, reproductive toxicity and birth defects, ophthalmological conditions and diseases and diabetes. Further, as a direct result of the misrepresentations and concealment identified above, plaintiffs neither knew or reasonably should have known both of the existence and cause of their real and personal property damages as well as their economic damages as set forth below. As a result of the negligence alleged above, the Plaintiffs have been exposed to pollutants and to toxic substances and have sustained and will continue to sustain contamination and/or the imminent threat of such contamination to Plaintiffs' real property resulting in decreased market value, stigma damage and loss of habitability of their residences, all in an amount according to proof.

17. As a further legal cause of the negligence alleged above, the Plaintiffs have been prevented from the use and enjoyment of their property, all to their damage in an amount according to proof.

18. As a further legal cause of the negligence alleged above, Plaintiffs have suffered and will continue to suffer economic losses, including, but not limited to wage loss, loss of past and future income, loss of rental income, relocation expenses, clean-up costs and business interruption losses, in an amount according to proof.

19. As a further legal cause of the negligence alleged above, Plaintiffs have suffered and will continue to suffer personal injuries, including but not limited to cancer, pulmonary conditions and diseases, respiratory conditions and diseases, dermatological conditions and diseases, neurological conditions and diseases, reproductive toxicity and birth defects, ophthalmological conditions and diseases and diabetes. As such, Plaintiffs have incurred and will to continue to incur medical and

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

related expenses, including medical monitoring expenses, all in an amount according to proof.

20.     As a further legal cause of the negligence alleged above, Plaintiffs have suffered and will continue to suffer emotional distress, anxiety, fear of illness, depression and other psychological, emotional and mental  injuries resulting from the contamination or threat of contamination as alleged above.

## SECOND CAUSE OF ACTION
## TRESPASS

21.     Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 20 as set forth above.

22.     Defendants, and each of them, through their employees, agents and contractors, whose identities are presently unknown, failed to exercise due care with regard to their ownership and maintenance of the site and/or  conducted activities or operated facilities on or near the site which have contributed to the discharge of pollutants into waters of the United States and to the past or present handling, storage, treatment, transportation, disposal or migration of hazardous waste or contaminants which has or may present an imminent or substantial endangerment to plaintiffs' health and the environment surrounding Plaintiffs' real property.

23.     In or about 1984, defendants Merck and  BAC, by and through their managing agents, directors and officers, were informed that activities carried on at the BAC facility had resulted in the contamination of soil and groundwater.   The constituents of concern identified at that time included Arsenic, Hexavalent Chromium and Copper.   These constituents were used by Defendants in their wood processing activities performed at the facility.   This contamination, and its extent were further investigated on behalf of Merck, BAC and Amsted in 1987 by J.H. Kleinfelder & Associates, hired by Defendants, and in 1988 by Dames & Moore on behalf of Amsted. Notwithstanding Defendants' knowledge of the contamination and potential for exposure to the contaminants, Defendants continued to utilize Hexavalent Chromium

and Copper in their wood processing activities up to including 1991. The continued use of these chemicals in the same manner even after it was discovered that the chemicals were in fact contaminating soil and groundwater, and that there was a potential for airborne contaminants to reach residents in the vicinity of the BAC facility, resulted in further contamination and further exposure of plaintiffs to the adverse health risks associated with these chemicals.

24.    In addition, the 1987 Kleinfelder Report specifically advised Merck and BAC that sediment located in a 1.5 acre storm water retention pond located on the facility had Arsenic, Hexavalent Chromium and Copper above background levels. It was confirmed that the source of the contamination was the wood treatment chemicals used at the facility.

25.    Further in 1988, Defendants were informed through the California Regional Water Quality Control Board that the1.5 acre storm water pond at the BAC facility was found to contain water with high concentrations of Arsenic, Chromium (both total and hexavalent), and Copper in amounts greater than drinking water standards. Further, the levels found exceeded the maximum Regional Board effluent permit levels for storm water runoff at industrial sites. These Defendants were further informed that this same pond connected by way of a pipe to the adjacent El Capitan drainage canal, where it was estimated that the pond spilled approximately .155 million gallons per day of water to the drainage canal during the rainy season (December/March). These Defendants were further informed that drainage from the pond to the canal was increased as a result of drainage through the BAC facility. The Regional Board concluded that the flushing action of the pond may have resulted in the canal as being the "main pollutant pathway" in the area. Notwithstanding this information, Defendants continued to utilize the pond in their wood processing activities and to permit the discharge of contaminated water into the El Capitan Canal until the pond was "clean-closed" in or about 1991.

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

26.    In addition, as early as 1991, contaminated soil from the BAC facility, 10,000 tons from the pond alone, was excavated at the direction of Defendants. Further, by 1996, some 2,300 pounds of Chromium, 1,300 pounds of Arsenic and 3,500 pounds of Copper were excavated with the soil.  Workers involved in the soil excavation were required to wear protective masks and clothing.  As such, Defendants knew of the health and safety risks associated with inhalation or dermal contact with these contaminants. Further, Defendants implemented a "dust control" program during excavation due to the health risks associated with airborne particles.  Notwithstanding this knowledge, Defendants and each of them never notified, warned or otherwise informed any residents, including Plaintiffs herein, to take any precautions that may be needed with regard to the health risks associated with the soil excavation.

27.    Further, in as early as 1994, Defendants were made aware through information provided by IT Corporation, a company retained by these Defendants to assess the contamination of the BAC facility and health risks associated with the contamination, that among other things that residents could be exposed to contaminants as a result of having a home garden contaminated by deposition of soil particulates onto the plant surfaces and by root translocation of chemicals within the soil and through airborne particulates.  These Defendants were further informed as to the carcinogenic risks associated with these chemicals and in particular that Arsenic and Hexavalent Chromium are Class A carcinogens – that is chemicals for which there is sufficient evidence of carcinogenicity in humans.  These Defendants were further informed of other non-carcinogenic affects of Hexavalent Chromium exposure including but not limited to allergic contact dermatitis reaction.

28.    Defendants were informed in the Risk Assessment Report that risks from airborne particulates and contact dermatitis would be minimal in light of the fact that the vast majority of the BAC facility was now covered by concrete, asphalt and/or a thin asphalt sealer thereby acting as barriers for direct contact with the surface soils and as barriers to wind erosion, water erosion and rain infiltration.  Defendants were

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

also informed that exposure as a result of subsurface soils or groundwater was not a source of exposure "because the groundwater control system is controlling the hydraulic movement of the contaminated water and will not allow this water to migrate beyond the property boundaries."

29.    However, at the time of this report, Defendants knew that significant portions of bare soil had existed at the BAC facility prior to the installation of the concrete, asphalt or thin asphalt sealer at the facility.  Indeed, large sections of the facility where the treated lumber "air-dried" and excess chemicals dripped into the ground, were uncovered for years, thus making this surface soil vulnerable to direct contact, wind erosion, water erosion and rainwater infiltration, thereby contributing to the migration of these chemical constituents beyond the facility's boundaries.

30.    Further, at the time of this report, Defendants knew that the groundwater control system utilized at the facility was in fact not maintaining hydraulic control of the contaminated water plume, and in fact that it had migrated beyond property boundaries, both to the north and the south.  Indeed, these Defendants were specifically informed that the very process being used to "remediate" the contamination, was contributing to the spread of the contaminated groundwater plume beyond the site's boundaries.  This information was specifically communicated to Defendants and their managing agents, directors and officers by the California Regional Water Control Board.

31.    Notwithstanding Defendants' knowledge as set forth above, Defendants and each of them continued to engage in conduct which caused and contributed to the migration of contaminants beyond the facility's boundaries; never informed any of the residents in the area including Plaintiffs herein, of any potential health risks associated with the contamination emanating from the facility; never requested any risk assessment or other investigation or analysis as to the health risks associated with exposure to residents from past activities at the BAC facility; never advised any residents in the area including plaintiffs herein that their own home gardens could be

contaminated or a source of contamination; never advised residents that the El Capitan Canal may have been a major pollutant pathway for the contaminants; nor made any effort to assess the actual health affects on residents and Plaintiffs herein with regard to their exposure to the contaminants emanating from their facility operations.

32.     Had Plaintiffs herein been provided with the information set forth above, Plaintiffs could have:  1) sought early diagnostic testing with regard to the potential health affects of such contaminant exposure; 2) sought and/or received medical intervention, diagnosis and treatment for injuries otherwise unknown to have resulted from contaminant exposure; 3) moved from the area thereby preventing and/or mitigating the personal injuries now sustained as a result of exposure to the contaminants; 4) refrained from activities on or near their properties, including maintaining home gardens, fishing and/or swimming in the El Capitan Canal, so as to minimize risks associated with exposure to the contaminants.  Defendants' actions thereby deprived Plaintiffs of the ability to make informed choices to protect their health and welfare, as well as the health and welfare of the families and significantly increased Plaintiffs' personal injuries.

33.     The contamination of the ground water, soil and air on or near Plaintiffs' property constituted an unlawful interference with Plaintiffs' right to exclusive possession of real property and resulted from Defendants' intentional, reckless, negligent, and/or ultra hazardous activities.  The conduct of Defendants and the presence of pollution and contamination in and around Plaintiffs' real property occurred without Plaintiffs' consent and constitutes an actionable trespass.

34.     The presence of flood waters and the spread of contaminants and pollution to Plaintiffs' real property was without Plaintiffs' consent and constituted an unlawful interference with Plaintiffs' right to exclusive possession of real property and resulted from Defendants' intentional, reckless, negligent, and/or ultra hazardous activities. The conduct of Defendants and the presence of pollution and contamination in and
///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

around Plaintiffs' real property occurred without Plaintiffs' consent and constitutes an actionable trespass.

35.     Upon information and belief, such contamination and pollutant migration has been occurring on an ongoing basis since at least the 1960s but the Plaintiffs were ignorant of such contamination, pollution, and/or the imminent threat of such contamination or pollution until their receipt of the "Fact Sheet, February 2007" issued by the California Regional Water Quality Board, mailed to the Plaintiffs in or about February 2007.  Not only were Plaintiffs' ignorant of contamination and pollution emanating from the BAC facility into their neighborhood, Plaintiffs were ignorant of any possible health threat to themselves or their families as a result of the contamination.  Plaintiffs' ignorance as to the nature and extent of contamination as well as the possible health risks from such contamination, was a direct result of the concealment and misrepresentations by Defendants related to the fact that the contamination had migrated offsite, including into the Beachwood neighborhood and regarding any possible health risks associated with exposure to the contaminants emanating from the BAC facility. Accordingly, Plaintiffs neither knew nor reasonably should have known of both the existence of the contamination and/or the cause of their physical injuries herein alleged, including but not limited to: cancer, pulmonary conditions and diseases, respiratory conditions and diseases, dermatological conditions and diseases, neurological conditions and diseases, reproductive toxicity and birth defects, ophthalmological conditions and diseases and diabetes.  Further, as a direct result of the misrepresentations and concealment identified above, Plaintiffs neither knew nor reasonably should have known of both of the existence of the contamination and/or the cause of their real and personal property damages as well as their economic damages as set forth below.

36.     As a legal result of the trespass identified above, Plaintiffs' real and personal property sustained and will continue to sustain damages, including, but not limited to damage to structures, foundations, walls and personal contents, decreased

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

market value, stigma damage and loss of habitability of their residences, all in an amount according to proof. Plaintiffs have further incurred and will continue to incur costs of repair for this damage, in an amount not yet ascertained.

37.    As a legal cause of the trespass as alleged above, Plaintiffs' real property was flooded and has and will continue to be contaminated with pollutants, such that Plaintiffs have been prevented from use and enjoyment of their properties all to their damage, in an amount according to proof.

38.    As a further legal cause of trespass as alleged above, Plaintiffs have suffered and will continue to suffer economic losses, including, but not limited to wage loss, loss of past and future income, loss of rental income, relocation expenses, clean-up costs and business losses, all in an amount according to proof.

39.    As a legal cause of the trespass as alleged above, Plaintiffs whose property was used for cultivation or intended or used for the raising of livestock, are entitled to attorneys fees under California Code of Civil Procedure § 1021.9.

40.    As a legal cause of the trespass as alleged above,  Plaintiffs are entitled to all damages available under California Civil Code § 3334.

41.    As a legal cause of the trespass as alleged above, Plaintiffs have suffered and will continue to suffer personal injuries.  As such, Plaintiffs have incurred and will to continue to incur medical and related expenses and medical monitoring expenses, all in an amount according to proof.

42.    As a legal cause of the trespass as alleged above, Plaintiffs have suffered and will continue to suffer emotional distress, anxiety, fear of illness, depression and other psychological and emotional injuries resulting from the contamination and flooding as alleged above.

43.    The conduct of Defendants as described above constituted despicable conduct carried on by Defendants with the willful and conscious disregard of the rights and safety of Plaintiffs herein.  Further, the conduct of Defendants, and each of them, constituted despicable conduct subjecting Plaintiffs to cruel and unjust hardships, and

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

in conscious disregard of Plaintiffs' rights. Such conduct was carried on by and/or was authorized by and/or was ratified by officers, directors and/or managing agents of Defendants and each of them. As such, Plaintiffs are entitled to exemplary damages from Defendants.

### THIRD CAUSE OF ACTION
### NUISANCE

44.     Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 43 as set forth above.

45.     Defendants, and each of them, through their employees, agents and contractors, whose identities are presently unknown, failed to exercise due care with regard to their ownership of the site and/or activities conducted on the site by these companies which among other things, have contributed to the discharge of pollutants into waters of the United States and to the past or present handling, storage, treatment, transportation, or disposal of hazardous waste which has or may present an imminent or substantial endangerment to plaintiffs' health and the environment surrounding plaintiffs' real property.

46.     In or about 1984, Defendants Merck and BAC, by and through their managing agents, directors and officers, were informed that activities carried on at the BAC facility had resulted in the contamination of soil and groundwater. The constituents of concern identified at that time included Arsenic, Hexavalent Chromium and Copper. These constituents were used by Defendants in their wood processing activities performed at the facility. This contamination, and its extent were further investigated on behalf of Defendants in 1987 by J.H. Kleinfelder & Associates, hired by Defendants, and in 1988 by Dames & Moore on behalf of Amsted. Notwithstanding Defendants' knowledge of the contamination and potential for exposure to the contaminants, Defendants, and each of them, continued to utilize Hexavalent Chromium and Copper in their wood processing activities up to including 1991. The continued use of these chemicals in the same manner even after it was discovered that

the chemicals were in fact contaminating soil and groundwater, and that there was a potential for airborne contaminants to reach residents in the vicinity of the BAC facility, resulted in further contamination and further exposure to Plaintiffs to the adverse health risks associated with these chemicals.

47.    In addition, the 1987 Kleinfelder Report specifically advised Merck and BAC that sediment located in a 1.5 acre storm water retention pond located on the facility had Arsenic, Hexavalent Chromium and Copper above background levels.  It was confirmed that the source of the contamination was the wood treatment chemicals used at the facility.

48.    Further in 1988, Defendants were informed through the California Regional Water Quality Control Board that the 1.5 acre storm water pond at the BAC facility was found to contain **water** with high concentrations of Arsenic, Chromium (both total and hexavalent), and Copper in amounts greater than drinking water standards.  Further, the levels found exceeded the maximum Regional Board effluent permit levels for storm water runoff at industrial sites.  These Defendants were further informed that this same pond connected by way of a pipe to the adjacent El Capitan drainage canal, where it was estimated that the pond spilled approximately .155 million gallons per day of water to the drainage canal during the rainy season (December/March).  These Defendants were further informed that drainage from the pond to the canal was increased as a result of drainage through the BAC facility directed by the County of Merced.  The Regional Board concluded that the flushing action of the pond may have resulted in the canal being the "main pollutant pathway" in the area.  Notwithstanding this information, Defendants continued to utilize the pond in their wood processing activities and to permit the discharge of contaminated water into the El Capitan Canal until the pond was "clean-closed" in or about 1991.

49.    In addition, as early as 1991, contaminated soil from the BAC facility, 10,000 tons from the pond alone, was excavated at the direction of Defendants. Further, by 1996, some 2,300 pounds of Chromium, 1,300 pounds of Arsenic and

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

3,500 pounds of Copper were excavated with the soil. Workers involved in the soil excavation were required to wear protective masks and clothing. As such, Defendants knew of the health and safety risks associated with inhalation or dermal contact with these contaminants. Further, Defendants implemented a "dust control" program during excavation due to the health risks associated with airborne particles. Notwithstanding this knowledge, Defendants and each of them never notified, warned or otherwise informed any residents, including Plaintiffs herein, to take any precautions that may be needed with regard to the health risks associated with the soil excavation.

50.    Further, in as early as 1994, Defendants were made aware through information provided by IT Corporation, a company retained by these Defendants to assess the contamination of the BAC facility and the health risks associated with the contamination, that among other things that residents could be exposed to contaminants as a result of having a home garden contaminated by deposition of soil particulates onto the plant surfaces and by root translocation of chemicals within the soil and through airborne particulates. These Defendants were further informed as to the carcinogenic risks associated with these chemicals and in particular that Arsenic and Hexavalent Chromium are Class A carcinogens – that is chemicals for which there is sufficient evidence of carcinogenicity in humans. These Defendants were further informed of other non-carcinogenic affects of Hexavalent Chromium exposure including but not limited to allergic contact dermatitis reaction.

51.    Defendants were informed in the Risk Assessment Report that risks from airborne particulates and contact dermatitis would be minimal in light of the fact that the vast majority of the BAC facility was now covered by concrete, asphalt and/or a thin asphalt sealer thereby acting as barriers for direct contact with the surface soils and as barriers to wind erosion, water erosion and rain infiltration. Defendants were also informed that exposure as a result of subsurface soils or groundwater was not a source of exposure "because the groundwater control system is controlling the ///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

35

hydraulic movement of the contaminated water and will not allow this water to migrate beyond the property boundaries."

52.    However, at the time of this report, Defendants knew that significant portions of bare soil had existed at the BAC facility prior to the installation of the concrete, asphalt or thin asphalt sealer at the facility.  Indeed, large sections of the facility where the treated lumber "air-dried" and excess chemicals dripped into the ground, were uncovered for years, thus making this surface soil vulnerable to direct contact, wind erosion, water erosion and rainwater infiltration, thereby contributing to the migration of these chemical constituents beyond the facility's boundaries.

53.    Further, at the time of this report, Defendants knew that the groundwater control system utilized at the facility was in fact **not** maintaining hydraulic control of the contaminated water plume, and in fact that it had migrated beyond property boundaries, both to the north and the south.  Indeed, these Defendants were specifically informed that the very process being used to "remediate" the contamination, was contributing to the spread of the contaminated groundwater plume beyond the site's boundaries.  This information was specifically communicated to Defendants and their managing agents, directors and officers by the California Regional Water Control Board.

54.    Notwithstanding Defendants knowledge as set forth above, Defendants and each of them named above continued to engage in conduct which caused and contributed to the migration of contaminants beyond the facility's boundaries; never informed any of the residents in the area including Plaintiffs herein, of any potential health risks associated with the contamination emanating from the facility; never requested any risk assessment or other investigation or analysis as to the health risks associated with exposure to residents from past activities at the BAC facility; never advised any residents in the area including Plaintiffs herein that their own home gardens could be contaminated or a source of contamination; never advised residents that the El Capitan Canal may have been a major pollutant pathway for the

contaminants; nor made any effort to assess the **actual** health affects on residents and Plaintiffs herein with regard to their exposure to the contaminants emanating from their facility operations.

55.    Had Plaintiffs herein been provided with the information set forth above, Plaintiffs could have:  1) sought early diagnostic testing with regard to the potential health affects of such contaminant exposure; 2) sought and/or received medical intervention, diagnosis and treatment for injuries otherwise unknown to have resulted from contaminant exposure; 3) moved from the area thereby preventing and/or mitigating the personal injuries now sustained as a result of exposure to the contaminants; and/or 4) refrained from activities on or near their properties, including maintaining home gardens, fishing and/or swimming in the El Capitan Canal, so as to minimize risks associated with exposure to the contaminants.  Defendants' actions thereby deprived Plaintiffs of the ability to make informed choices to protect their health and welfare, as well as the health and welfare of the families and significantly increased Plaintiffs' personal injuries.

56.    Upon information and belief, such contamination and pollutant migration has been occurring on an ongoing basis since at least the 1960s but the Plaintiffs were ignorant of such contamination, pollution, and/or the imminent threat of such contamination or pollution until their receipt of the "Fact Sheet, February 2007" issued by the California Regional Water Quality Board, mailed to the Plaintiffs in or about February 2007. Not only were Plaintiffs' ignorant of contamination and pollution emanating from the BAC facility into their neighborhood, Plaintiffs were ignorant of any possible health threat to themselves or their families as a result of the contamination. Plaintiffs' ignorance as to the nature and extent of contamination as well as the possible health risks from such contamination, was a direct result of the concealment and misrepresentations by Defendants related to the fact that the contamination had migrated offsite, including into the Beachwood neighborhood and regarding any possible health risks associated with exposure to the contaminants

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

emanating from the BAC facility. Accordingly, Plaintiffs neither knew nor reasonably should have known, both the existence and cause of their physical injuries herein alleged, including but not limited cancer, pulmonary conditions and diseases, respiratory conditions and diseases, dermatological conditions and diseases, neurological conditions and diseases, reproductive toxicity and birth defects, ophthalmological conditions and diseases and diabetes. Further, as a direct result of the misrepresentations and concealment identified above, Plaintiffs neither knew or reasonably should have known both of the existence and cause of their real and personal property damages as well as their economic damages as set forth below.

57.    As a legal cause of the nuisances identified above, Plaintiffs' real and personal property sustained and will continue to sustain damages, including, but not limited to damage to structures, foundations, walls and personal contents, decreased market value, stigma damage and loss of habitability of their residences, all in an amount according to proof.  Plaintiffs have further incurred and will continue to incur costs of repair for this damage, in an amount not yet ascertained.

58.    As a legal cause of the nuisances identified above, Plaintiffs' real property was flooded and has and will continue to be contaminated with pollutants, such that Plaintiffs have been prevented from use and enjoyment of their properties all to their damage, in an amount according to proof.

59.    As a further legal cause of the nuisances identified above, Plaintiffs have suffered and will continue to suffer economic losses, including, but not limited to wage loss, loss of past and future income, loss of rental income, relocation expenses, clean-up costs and business losses, all in an amount according to proof.

60.    As a further legal cause of the nuisances identified above, Plaintiffs have suffered and will continue to suffer personal injuries.  As such, Plaintiffs have incurred and will to continue to incur medical and related expenses and medical monitoring expenses, all in an amount according to proof.

///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

61.    As a further legal cause of the nuisances identified above, Plaintiffs have suffered and will continue to suffer emotional distress, anxiety, fear of illness, depression and other psychological and emotional injuries resulting from the contamination and flooding as alleged above.

62.    The conduct of Defendants as described above constituted despicable conduct carried out by Defendants with the willful and conscious disregard of the rights and safety of Plaintiffs herein.  Further, the conduct of Defendants, and each them, constituted despicable conduct subjecting Plaintiffs to cruel and unjust hardships, and in conscious disregard of their rights.  Such conduct was carried out by and/or  was authorized by and/or was ratified by officers, directors and/or managing agents of Defendants and each of them. As such, Plaintiffs are entitled to exemplary damages from Defendants.

## FOURTH CAUSE OF ACTION
### WRONGFUL DEATH

63.    Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 62 as set forth above.

64.    As a legal result of the conduct of Defendants as previously described above, and as a legal cause of their exposure to chemical contamination emanating from the former BAC facility, including Hexavalent Chromium, Arsenic, Copper, certain individuals have died for whom wrongful death claims are herein brought by certain currently named Plaintiffs in this action (hereinafter "Wrongful Death Plaintiffs").  Some Wrongful Death Plaintiffs are minors for whom guardians ad litem have been appointed.

65.    As a legal cause of the actions of Defendants as described in the above and incorporated within this claim, and as a result of the wrongful deaths suffered from exposure to contaminants emanating from the BAC facility, Wrongful Death Plaintiffs have suffered the loss of financial support the decedent would have contributed to them during the decedent's lifetime or the lifetime of Wrongful Death Plaintiffs; loss

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

of gifts or benefits that Wrongful Death Plaintiffs would have expected to receive from the decedent; funeral and burial expenses, and reasonable value of household services that decedent would have provided.

66.    As a further legal cause of the actions of Defendants as previously alleged and as a result of the wrongful deaths suffered from exposure to contaminants emanating from the BAC facility, Wrongful Death Plaintiffs have suffered the loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, moral support, loss of enjoyment of sexual relations, and loss of the decedent's training and guidance.

## FIFTH CAUSE OF ACTION

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### FEAR OF CANCER

67.    Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 66 as set forth above.

68.    From February 2007 onward, Plaintiffs have become aware for the first time, of the potential and real health risks associated with the contamination emanating from the former BAC facility, including but not limited to cancer from exposure to Hexavalent Chromium, Arsenic, Copper and PCP, known carcinogens. Plaintiffs' exposure to these carcinogens was legally caused as a result of a breach of duty by Defendants as set forth in Plaintiffs' claims for negligence, nuisance and trespass incorporated within this claim. Based upon the information received by Plaintiffs from February 2007 onward, Plaintiffs endured and continue to endure great mental and emotional suffering and anguish as a result of their own fear of contracting cancer related to their exposure to the contamination emanating from the former BAC facility occurring as a direct result of the conduct of Defendants and each of them. Plaintiffs' fear of contracting cancer stems from knowledge corroborated by reliable medical and scientific opinion, that it is more likely than not that cancer will develop in the future due to Plaintiffs' exposure to toxic chemicals emanating from the former BAC facility.

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

69.    As a legal cause of the conduct of Defendants and each of them, Plaintiffs have suffered and continue to suffer great mental and emotional suffering, and anguish as a result of their own fear of contracting cancer related to their exposure to the contamination emanating from the former BAC facility.

70.    In the alternative, as a result of Defendants' conduct constituting oppression, fraud or malice as defined in California Civil Code § 3294, and as alleged in Plaintiffs' claims for nuisance and trespass specifically incorporated within this claim, Plaintiffs' fear of developing cancer is recoverable as Plaintiffs' fear of developing cancer stems from reliable medical and scientific opinion that the toxic exposure caused by Defendants' breach of a duty owed to Plaintiffs significantly increased Plaintiffs' risk of cancer and has resulted in an actual risk of cancer that is significant.

71.    As a further legal cause of the conduct of Defendants and each of them, Plaintiffs' have incurred and will continue to incur expenses for counseling or other medical expenses related to their emotional distress.

72.    As a further legal cause of the conduct of Defendants as alleged above, Plaintiffs have incurred and will continue to incur wage loss and loss of earning capacity related to their emotional distress.

73.    As a further legal cause of the conduct of the Defendants as alleged above, Plaintiffs have incurred and will incur the costs of reasonable medical monitoring. Such damages are recoverable as the need for future monitoring is a reasonably certain consequence of Plaintiffs' toxic exposure.

74.    The conduct of Defendants as described in Plaintiffs' claims for nuisance and trespass constituted despicable conduct carried on by Defendants with the willful and conscious disregard of the rights and safety of Plaintiffs herein. Further, the conduct of Defendants and each them, constituted despicable conduct subjecting Plaintiffs to cruel and unjust hardships, and conscious disregard of their rights. Such conduct was carried on by and/or was authorized by and/or was ratified by officers,

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

directors and/or managing agents of Defendants and each of them. As such, Plaintiffs are entitled to exemplary damages from Defendants.

## SIXTH CAUSE OF ACTION

## CIVIL CONSPIRACY

75.    Plaintiffs reallege, refer to, and herein incorporate by reference as if set out in full Paragraphs 1 to 74 as set forth above.

76.    As alleged in the paragraphs above and specifically incorporated within this claim, Defendants, by and through their managing agents, officers and directors, agreed, cooperated and conspired among themselves to create, maintain, and expand the nuisance in, on and around Plaintiffs' property as a result of contamination emanating from the former BAC facility; to conceal and/or misrepresent the nature and extent of the nuisance in, on and around Plaintiffs' property as a result of contamination emanating from the former BAC facility; and to fail and refuse to reasonably abate the nuisance, in, on and around Plaintiffs' property as a result of contamination emanating from the former BAC facility.  Further, Defendants, by and through their managing agents, officers and directors, agreed, cooperated and conspired among themselves to engage in conduct constituting a trespass on Plaintiffs' property, and in particular, conduct resulting in contamination from Hexavalent Chromium, Arsenic, Copper and PCP of ground water, surface water, drinking water and air, in, under and on Plaintiffs' real property.

77.    Upon information and belief, such contamination and pollutant migration has been occurring on an ongoing basis since at least the 1960s but the Plaintiffs were ignorant of such contamination, pollution, and/or the imminent threat of such contamination or pollution as well as being ignorant of Defendants' conspiracy set forth above, until their receipt of the "Fact Sheet, February 2007" issued by the California Regional Water Quality Board, mailed to the Plaintiffs in or about February 2007. Not only were Plaintiffs ignorant of contamination and pollution emanating from the BAC facility into their neighborhood, Plaintiffs were ignorant of any possible

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

health threat to themselves or their families as a result of the contamination. Plaintiffs' ignorance as to the nature and extent of contamination as well as the possible health risks from such contamination, was a direct result of the concealment and misrepresentations by Defendants related to the fact that the contamination had migrated offsite, including into the Beachwood neighborhood and regarding any possible health risks associated with exposure to the contaminants emanating from the BAC facility. Accordingly, Plaintiffs neither knew nor reasonably should have known, both the existence and cause of their physical injuries herein alleged, including but not limited cancer, pulmonary conditions and diseases, respiratory conditions and diseases, dermatological conditions and diseases, neurological conditions and diseases, reproductive toxicity and birth defects, ophthalmological conditions and diseases and diabetes. Further, as a direct result of the misrepresentations and concealment identified above, Plaintiffs neither knew nor reasonably should have known both of the existence and cause of their real and personal property damages as well as their economic damages as set forth below.

78.   As a legal cause of Defendants' conduct and conspiracy identified above, Plaintiffs' real and personal property sustained and will continue to sustain damages, including, but not limited to damage to structures, foundations, walls and personal contents, decreased market value, stigma damage and loss of habitability of their residences, all in an amount according to proof.  Plaintiffs have further incurred and will continue to incur costs of repair for this damage, in an amount not yet ascertained.

79.   As a legal cause of Defendants' conduct and conspiracy hereinabove alleged, Plaintiffs' real property was flooded and has and will continue to be contaminated with pollutants, such that Plaintiffs have been prevented from use and enjoyment of their properties all to their damage, in an amount according to proof.

80.   As a further legal result of Defendants' conduct and conspiracy as alleged above, Plaintiffs have suffered and will continue to suffer economic losses, including, but not limited to wage loss, loss of past and future income, loss of rental income,

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

relocation expenses, clean-up costs and business losses, all in an amount according to proof.

81.     As a further legal cause of Defendants' conduct and conspiracy identified above, Plaintiffs have suffered and will continue to suffer personal injuries. As such, Plaintiffs have incurred and will to continue to incur medical and related expenses and medical monitoring expenses, all in an amount according to proof.

82.     As a further legal cause of Defendants' conduct and conspiracy identified above, Plaintiffs have suffered and will continue to suffer emotional distress, anxiety, fear of illness, depression and other psychological and emotional injuries resulting from the contamination and flooding as alleged above.

83.     The conduct of Defendants as described above constitutes despicable conduct carried on by Defendants with the willful and conscious disregard of the rights and safety of Plaintiffs herein. Further, the conduct of Defendants, and each them, constituted despicable conduct subjecting Plaintiffs to cruel and unjust hardships, and conscious disregard of their rights. Such conduct was carried on by and/or  was authorized by and/or was ratified by officers, directors and/or managing agents of Defendants and each of them. As such, Plaintiffs are entitled to exemplary damages from Defendants.

**PRAYER**

WHEREFORE, Plaintiffs pray that the Court grant the following relief:

1)     For general damages arising from Plaintiffs' personal injuries and emotional distress according to proof;

2)     For special damages including, but not limited to real and personal property damages, decreased market value, stigma damages, loss of habitability, cost of repair, loss of use and enjoyment of property, wage loss, loss of past and future income, loss of rental income, business interruption losses, medical and related expenses, medical monitoring costs, clean-up costs, and relocation expenses, all in an amount according to proof;

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721

44

3)    For damages under California Civil Code § 3334;

4)    For attorneys fees under California Code of Civil Procedure § 1021.9 as to those Plaintiffs whose property is used for cultivation or intended or used for the raising of livestock.

5)    For punitive or exemplary damages against Defendants according to proof;

6)    As to the Wrongful Death Plaintiffs, monetary damages for loss of financial support the decedent would have contributed to them during the decedent's lifetime or the lifetime of Wrongful Death Plaintiffs; loss of gifts or benefits that Wrongful Death Plaintiffs would have expected to receive from the decedent; funeral and burial expenses, and reasonable value of household services that decedent would have provided,  the loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, moral support, loss of enjoyment of sexual relations, and loss of the decedent's training and guidance.

7)    For interest on said damages according to proof;

8)    For such other and further relief as the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.


Dated: October 17, 2013                MARDEROSIAN, RUNYON, CERCONE & COHEN


By: /s/ Michael G. Marderosian, Esq.
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs above named

1

Dated: October 17, 2013

SHERNOFF, BIDART, ECHEVERRIA
BENTLEY LLP

2

3

4

By: /s/ Michael J. Bidart, Esq.
MICHAEL J. BIDART,
Attorneys for Plaintiffs above named

5

6

Dated:  October 17, 2013

GIRARDI & KEESE

7

8

9

By: /s/ Thomas V. Girardi, Esq.
THOMAS V. GIRARDI
Attorneys for Plaintiffs above named

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 FULTON MALL
FRESNO, CA 93721