# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ABARCA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO. INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01689-DOC-SAB<br><br>ORDER RELATING CASES<br><br>(ECF No. 2) |

Plaintiffs filed a complaint and notice of related case in this action on October 17, 2013. (ECF No. 1, 2.) Review of the action reveals that it is related under Local Rule 123 to the action entitled <u>Abarca, et al. v. Merck & Co., et al.</u>, 1:07-cv-00388-DOC-SAB. The actions arise from the same incident and involve overlapping questions of law and fact. Both actions are currently assigned to the same district judge and magistrate judge and no reassignment is necessary. Accordingly,

IT IS HEREBY ORDERED that the Office of the Clerk shall relate cases 1:13-cv-01689-DOC-SAB and 1:07-cv-00388-DOC-SAB.

IT IS SO ORDERED.

Dated: **January 8, 2014**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1